FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN VALDA RICE, | No. 2:23-CV-00087-SAB |
| Plaintiff, | |
| v. | |
| | **ORDER DISMISSING ACTION** |
| CHERYL STRANGE, MELISSA ANDREWJESKI, TURNER, SOWYER, WELLAN, MELISSA MOORE, KRISTEN WILLIAMS, DYLAN DENNISON, MICHELLE YOUNG, TURNER, MCMAHON, FIELDS, GARY QUARLES, KENNETH LYBBERT, C. JAWILLI, CONLEY, SHANE RIRIE, MS. PENCE, REBEKA DAVIS, RUTH DOE, JASON MARTIN, K. HODGSON, STEFAN ROSE, RAND, K. GALLAGHER, D. NILES, JOSHUA CRUGER, HORN, POKOLICCHIO, GHAZAL ZAINAB, RONNA COLE, CARIANNE SCHUSTER, MARK | **28 U.S.C. § 1915(g)** |

**ORDER DISMISSING ACTION** -- 1

ELIASON, RUTH DANIELS, REBWAR BABAN, M. BARTLETT, S. DANIELS, JOSHUA LANSVERK, D. HENNING, S. THOMAS, CLARK, JOHN DOE, and DR. LONGANO,

          Defendants.

By Order dated August 29, 2023, the Court advised Plaintiff of the deficiencies of his First Amended Complaint and directed him to amend or voluntarily dismiss within thirty (30) days. ECF No. 28. In that Order, the Court found that Plaintiff had failed to state a claim upon which relief may be granted against any of the named Defendants. *Id*. at 13–20. The Court determined that Plaintiff's assertions that many of his grievances and kites were either ignored or denied, or he received unfavorable responses, and that various Defendants failed to provide adequate medical care, were insufficient to state a claim upon which relief may be granted. *Id*.

Although granted the opportunity to do so, Plaintiff did not amend his complaint to state a claim upon which relief may be granted. The Court cautioned Plaintiff that the failure to amend or voluntarily dismiss would result in the dismissal of this Complaint and a possible "strike" under 28 U.S.C. § 1915(g). ECF No. 28 at 22.

For the reasons set forth in the Court's Second Order to Amend or Voluntarily Dismiss Complaint, ECF No. 28, Plaintiff's First Amended Complaint, ECF No. 25, is **DISMISSED** with prejudice for failure to state a claim against Defendants upon which relief may be granted. 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

//

**ORDER DISMISSING ACTION -- 2**

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's First Amended Complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's First Amended Complaint, **ECF No. 25**, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

2. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff, and **CLOSE** the file. The Clerk of Court is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Corrections Division.

**DATED** this 3rd day of October 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION -- 3**