AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 04, 2023**

SEAN F. McAVOY, CLERK

John Valda Rice

*Plaintiff*

v.

Strange, Melissa Andrewjeski, Turner, Sowyer, Wellan, Melissa Moore, Kristen Williams, Dylan Dennison, Michelle Young, Turner, Mcmahon, Fields, Gary Quarles, Kenneth Lybbert, C. Jawilli, Conley, Shane Ririe, Ms. Pence, Rebeka Davis, Ruth Doe, Jason Martin, K. Hodgson, Stefan Rose, Rand, K. Gallagher, D. Niles, Joshua Cruger, Horn, Pokolicchio, Ghazal Zainab, Ronna Cole, Carianne Schuster, Mark Eliason, Ruth Daniels, Rebwar Baban, M. Bartlett, S. Daniels, Joshua Lansverk, D. Henning, S. Thomas, Clark, John Doe, and Dr. Longano,

*Defendants*

Civil Action No.  2:23-cv-00087-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's First Amended Complaint, ECF No. 25, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian

Date:  8/4/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz

*(By) Deputy Clerk*

Nicole Cruz